UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH ALLEN THORPE,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:16-mj-00177

## ORDER

Defendant appeared before me on July 14, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 15th day of July, 2016.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge